**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WILLIAM LANG,

    Petitioner,

v.                                        Case No. 8:05-CV-1889-T-24EAJ

JAMES R. MCDONOUGH,

    Respondent.
_____/

## **ORDER**

This cause is before the court upon Petitioner William Lang's ("Lang") request for certificate of appealability (Dkt. 15) and his motion for permission to appeal in forma pauperis (Dkt. 16).

The Court denied Lang's § 2254 petition for writ of habeas corpus on the merits by order entered on February 6, 2007. (Dkt. 12). In that order, this Court ordered that Lang was not entitled to a certificate of appealability. (Dkt. 12, p. 14). Having considered Lang's instant pending application for certificate of appealability and motion for permission to appeal in forma pauperis (Dkts. 15 and 16), the Court orders:

That Lang's request for certificate of appealability (Dkt. 15) and motion for permission to appeal in forma pauperis (Dkt. 16) are DENIED.

ORDERED at Tampa, Florida, on March 1, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Counsel of Record
William Lang